# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UTHERVERSE GAMING, LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>EPIC GAMES, INC.,<br><br>        Defendant.<br><br>EPIC GAMES, INC.,<br><br>        Petitioner,<br><br>   v.<br><br>ACTIVISION BLIZZARD, INC.,<br><br>        Respondent. | Case No. 2:23-mc-00068-SB-JPR<br><br>**ORDER DISMISSING CASE WITH PREJUDICE**<br><br>**(WESTERN DISTRICT OF WASHINGTON CASE NO. 2:21-cv-0799)**<br><br>Assigned to the Hon. Stanley Blumenfeld, Jr.<br><br>Petition filed May 17, 2023 |

Upon consideration of the Parties' Joint Stipulation to Dismiss the Action without prejudice, IT IS HEREBY ORDERED that:

The above-captioned action be and hereby is dismissed with prejudice, as to Respondent Activision Blizzard, Inc.

**IT IS SO ORDERED.**

DATED: June 15, 2023

_____
STANLEY BLUMENFELD, JR.
United States District Judge